# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| VICKIE WILLIAMS | CIVIL ACTION |
| --- | --- |
| v. | NO. 17-2413 |
| THE PENNSYLVANIA HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, et al. | |

## ORDER

**AND NOW** this 18th day of September, 2018, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendants The Pennsylvania Hospital of the University of Pennsylvania Health System, Pennsylvania Hospital, and Bonita Ball's Motion for Summary Judgment (ECF 28) is **GRANTED**. The Complaint is **DISMISSED**, with prejudice.

The Clerk of Court shall close this case.

**Dated: September 18, 2018**

**BY THE COURT:**

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Christina.2017\Williams v. HUP (17-2413)\17cv2413 Order re msj 06082018.doc